EVERETT L. CRAWFORD et al., as Trustees under the Will of HENRY DEXTER, Deceased, Respondents, *v.* CLARISSA T. DEXTER et' al., Defendants, and MIDNIGHT MISSION et al., Appellants.

(Submitted October 28, 1918; decided November 1, 1918.)

MOTION to amend remittitur. (See 224 N. Y. 586.)

Motions granted and remittitur amended so as to provide that costs shall be paid out of the corpus of the estate.